ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
California Bar No.: 111984
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:   (213) 894-5710
    Facsimile:   (213) 894-7177
    E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 11-08861-SVW-(VBKx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| ALL PROCEEDS OF WELLS FARGO BANK CASHIER'S CHECK IN THE AMOUNT OF $466,680.00, | JS - 6 |
| Defendant. | |
| ERIC MARK, | |
| Claimant. | |

On or about October 26, 2011, plaintiff United States of America ("the United States of America") filed a Complaint for Forfeiture alleging that the defendant $466,680.00 of Wells

Fargo Bank Cashier's Check proceeds (the "defendant bank funds") are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

Claimant Eric Mark ("claimant") filed a claim on December 15, 2011 and an answer on December 29, 2011. No other parties have appeared in this case and the time for filing claims and answers has expired.

The United States of America and claimant have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3. Notice of this action has been given as required by law. No appearances have been made in this case by any person other than the claimant. A partial default judgment has been entered as to the interests of Eric Mark Family Limited Partnership, Christopher Mark, Ivan Mark, Oregon Trail Finance Group, Oregon Trail Corporation, Nationwide Reality Association, LLC., Manual Arias, Alex Group, LLC., Samuel Rodriguez, Marc Lantzman, and all other potential claimants by the Court on March 14, 2012.

4. The entire amount (i.e. $466,680.00 of the defendant bank funds), with no interest, shall be returned to claimant Eric Mark via electronic wire transfer. Eric Mark, through his counsel, will provide the necessary banking information to facilitate the wire transfer.

5. The funds to be returned pursuant to paragraph 4 shall be paid to the Eric Mark within sixty (60) days of the entry of this Consent Judgment of Forfeiture.

6. Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of investigation and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant.

7. The Court finds that there was reasonable cause for the seizure of the defendant bank funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. The Court further finds that the government promptly recognized claimant's interest in the defendant asset. Each of the parties hereto shall bear its own attorney fees and costs.

//

1      9.   The Court shall maintain jurisdiction in this case for
2 the purpose of effectuating the terms of this Consent Judgment of
3 Forfeiture.

8 DATED: May 4, 2012

                                    _____
                                    HON. STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: April <u>30</u>, 2012
    ANDRÉ BIROTTE JR.
    United States Attorney
    ROBERT E. DUGDALE
    Assistant United States Attorney
    Chief, Criminal Division
    STEVEN R. WELK
    Assistant United States Attorney
    Chief, Asset Forfeiture Section

        /S/
    FRANK D. KORTUM
    Assistant United States Attorney

    Attorneys for Plaintiff
    United States of America


DATED: May <u>3</u>, 2012
    LAWRENCE LEWIS LAW OFFICES

        /S/
    LAWRENCE LEWIS, ESQ.

    Attorney for Claimant Eric Mark