1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  California Bar No.: 111984
       Federal Courthouse, 14th Floor
7      312 North Spring Street
       Los Angeles, California 90012
8      Telephone:   (213) 894-5710
       Facsimile:   (213) 894-7177
9      E-mail: Frank.Kortum@usdoj.gov

10 Attorneys for Plaintiff
   United States of America

11

12              UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15 UNITED STATES OF AMERICA,      )  NO. CV 11-08861-SVW-(VBKx)
                                  )
16            Plaintiff,          )
                                  )
17                                )  **CONSENT JUDGMENT OF FORFEITURE**
              v.                  )
18                                )
                                  )
19 ALL PROCEEDS OF WELLS FARGO    )
   BANK CASHIER'S CHECK IN THE    )    JS - 6
20 AMOUNT OF $466,680.00,         )
                                  )
21                                )
                                  )
22            Defendant.          )
                                  )
   _____)
23 ERIC MARK,                     )
                                  )
24            Claimant.           )
                                  )
25 _____)

26       On or about October 26, 2011, plaintiff United States of

27 America ("the United States of America") filed a Complaint for

28 Forfeiture alleging that the defendant $466,680.00 of Wells

1  Fargo Bank Cashier's Check proceeds (the "defendant bank funds")
2  are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A)and
3  (C).

4      Claimant Eric Mark ("claimant") filed a claim on December
5  15, 2011 and an answer on December 29, 2011.  No other parties
6  have appeared in this case and the time for filing claims and
7  answers has expired.

8      The United States of America and claimant have now agreed to
9  settle this action and to avoid further litigation by entering
10  into this Consent Judgment of Forfeiture.

11     The Court having been duly advised of and having considered
12  the matter, and based upon the mutual consent of the parties
13  hereto,

14     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

15     1.   This Court has jurisdiction over the subject matter of
16  this action and the parties to this Consent Judgment of
17  Forfeiture.

18     2.   The Complaint for Forfeiture states a claim for relief
19  pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

20     3.   Notice of this action has been given as required by
21  law.  No appearances have been made in this case by any person
22  other than the claimant.  A partial default judgment has been
23  entered as to the interests of Eric Mark Family Limited
24  Partnership, Christopher Mark, Ivan Mark, Oregon Trail Finance
25  Group, Oregon Trail Corporation, Nationwide Reality Association,
26  LLC., Manual Arias, Alex Group, LLC., Samuel Rodriguez, Marc
27  Lantzman, and all other potential claimants by the Court on March
28  14, 2012.

4.    The entire amount (i.e. $466,680.00 of the defendant bank funds), with no interest, shall be returned to claimant Eric Mark via electronic wire transfer.   Eric Mark, through his counsel, will provide the necessary banking information to facilitate the wire transfer.

5.    The funds to be returned pursuant to paragraph 4 shall be paid to the Eric Mark within sixty (60) days of the entry of this Consent Judgment of Forfeiture.

6.    Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of investigation and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant.

7.    The Court finds that there was reasonable cause for the seizure of the defendant bank funds and institution of these proceedings.   This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8.    The Court further finds that the government promptly recognized claimant's interest in the defendant asset.   Each of the parties hereto shall bear its own attorney fees and costs.
//

3

1    9.    The Court shall maintain jurisdiction in this case for
2  the purpose of effectuating the terms of this Consent Judgment of
3  Forfeiture.


DATED: May 4, 2012

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

4

<u>CONSENT</u>

    The parties hereto consent to the above Consent Judgment of
Forfeiture and waive any right of appeal.


DATED: April <u>30</u>, 2012          ANDRÉ BIROTTE JR.
                                 United States Attorney
                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                 _____
                                            /S/
                                 _____
                                 FRANK D. KORTUM
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 United States of America




DATED: May <u>3 </u>, 2012          LAWRENCE LEWIS LAW OFFICES


                                 _____
                                            /S/
                                 _____
                                 LAWRENCE LEWIS, ESQ.

                                 Attorney for Claimant Eric Mark